

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Tonya K. Smith and Justin Trent Smith and In the Interest of L. S., a Child, Appellant

No. 06-12-00115-CV

Appeal from the 102nd District Court of Red River County, Texas (Tr. Ct. No. CV02390). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED JANUARY 18, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk